Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br><br>  Plaintiff,    vs. <br><br> JOSE BENITES MALAGON, et al, <br><br>  Defendant, | Case No.: 5:12-CV-00677-WDK-FMO <br><br> **RENEWAL OF JUDGMENT  BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Jose Benites Malagon, individually d/b/a Lorenzo's Pizza, entered on September 11, 2013, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 5,040.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **5,040.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **5,040.00** |
| f. | Interest after judgment (.15%) | $ | 70.86 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **5,110.86** |

Dated: _May 31, 2023_____      CLERK, by Deputy _Sharon Hall Brown_

KIRY K. GRAY
Clerk of U.S. District Court

Renewal of Judgment

```
Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, | ) |
| Plaintiff,   vs. | ) Case No.: 5:12-CV-00677-WDK-FMO |
| JOSE BENITES MALAGON, et al, | ) **[PROPOSED] RENEWAL OF JUDGMENT** |
| Defendant, | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Jose Benites Malagon, individually d/b/a Lorenzo's Pizza, entered on September 11, 2013, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---:|---:|
| a. | Total judgment | $ | 5,040.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **5,040.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **5,040.00** |
| f. | Interest after judgment (.15%) | $ | 70.86 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **5,110.86** |

Dated: _____          CLERK, by Deputy _____

Clerk of U.S. District Court

Renewal of Judgment